032314

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



CASE NO. 8:03-CV-1598-T23EAJ

JUDGE: Steven J. Merryday

MELISSA A. MITCHELL,

    Plaintiff,

v.

12-2000 LLC, d/b/a BUCHANAN
JENKINS HYUNDAI OF BRADENTON,
SOUTHERN AUTO FINANCE CORPORATION,
AFFILIATED FINANCIAL CORPORATION,
CENTRIX FINANCIAL L.L.C., TRANSOUTH
FINANCIAL CORPORATION, JOHN E.
TOSCH, VERNON G. BUCHANAN, DONALD R.
JENKINS, SALVATORE ROSA,

    Defendants.
_____/

## STIPULATION

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

STIPULATED AND AGREED by and between Plaintiff, MELISSA A. MITCHELL, and Defendants, 12-2000 LLC, d/b/a BUCHANAN JENKINS HYUNDAI OF BRADENTON, JOHN E. TOSCH, VERNON G. BUCHANAN, DONALD R. JENKINS and SALVATORE ROSA, hereto that the above cause may be dismissed with prejudice, and all liens and subrogated interests to be paid by the Plaintiff out of the proceeds of the settlement herein.

77

CASE NO. 8:03-CV-1598-T23EAJ

DATED this 25 day of May, 2004.

BY: /s/ Todd Perkins
TODD R. PERKINS, ESQ.
FLORIDA BAR NO. 0692247
1001 Third Avenue West
Suite 480
Bradenton, FL 34205
Attorney for Plaintiff

BY: /s/ John Morrow
JOHN L. MORROW, ESQ.
FLORIDA BAR NO. 656038
CONROY, SIMBERG, GANON,
KREVANS & ABEL, P.A.
Two S. Orange Avenue
Suite 300
Orlando, FL 32801
407/649/9797
Attorneys for Defendants
12-2000 LLC, d/b/a BUCHANAN
JENKINS HYUNDAI OF BRADENTON,
JOHN E. TOSCH, VERNON G.
BUCHANAN, DONALD R. JENKINS
and SALVATORE ROSA

-2-