FILED

04 JUN 10 AM 10:07

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA A. MITCHELL,

    Plaintiff,

v.       Case No. 8:03-cv-1598-T-23EAJ

12-2000 L.L.C. d/b/a BUCHANAN
JENKINS HYUNDAI OF BRADENTON et al.,

    Defendant.
_____/

**ORDER**

The plaintiff and defendants 12-2000 L.L.C. d/b/a Buchanan Jenkins Hyundai of Bradenton, John E. Tosch, Vernon G. Buchanan, Donald R. Jenkins, and Salvatore Rosa (collectively the "Buchanan defendants") have filed a stipulation of dismissal with prejudice (Doc. 80), which is **APPROVED**. Accordingly, the plaintiff's claims against the Buchanan defendants are **DISMISSED WITH PREJUDICE**, and the Buchanan defendants are **DISMISSED WITH PREJUDICE** as parties to this action.

12-2000 L.L.C.'s motion for summary judgment (Doc. 34), the plaintiff's motion for summary judgment (Doc. 64), the Buchanan defendants' motions to dismiss (Docs. 56 & 71), and 12-2000 L.L.C.'s motion for an extension of time (Doc. 79) are **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on June 10th, 2004.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

F I L E   C O P Y

Date Printed: 06/10/2004

Notice sent to:

   ___   Melissa A. Mitchell
        117 Neptune Lane, Apt. E
        Holmes Beach, FL  34217

        8:03-cv-01598     mrh

   ___   Todd Perkins, Esq.
        Law Office of Todd R. Perkins
        1001 3rd Ave., W., Suite 480
        Bradenton, FL  34205

        8:03-cv-01598     mrh

   ___   William J. Denius, Esq.
        Killgore, Pearlman, Stamp, Ornstein & Squires, P.A.
        2 S. Orange Ave., 5th Floor
        P.O. Box 1913
        Orlando, FL  32802-1913

        8:03-cv-01598     mrh

   ___   John L. Morrow, Esq.
        Conroy, Simberg, Ganon, Krevans & Abel, P.A.
        Two S. Orange Ave., Suite 300
        Orlando, FL  32801

        8:03-cv-01598     mrh

   ___   Karen M. Montas-Coleman, Esq.
        Conroy, Simberg, Ganon, Krevans & Abel, P.A.
        Two S. Orange Ave., Suite 300
        Orlando, FL  32801

        8:03-cv-01598     mrh

   ___   Peter J. Grilli
        Peter J. Grilli, P.A.
        3001 W. Azeele St.
        Tampa, FL  33609-3138

        8:03-cv-01598     mrh

   ___   David James Tong, Esq.
        Saxon, Gilmore, Carraway, Gibbons,
        Lash & Wilcox, P.A.
        South Trust Plaza
        201 E. Kennedy Blvd., Suite 600
        Tampa, FL  33602

        8:03-cv-01598     mrh

```
___    Richard F. Hussey, Esq.
       Hussey & Hussey
       Consolidated Bank Bldg., Suite 300
       101 N.E. 3rd Ave.
       Ft. Lauderdale, FL  33301

       8:03-cv-01598    mrh
```